UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:12-00109 |
| | ) | JUDGE SHARP |
| MARQUIS MCGEE | ) | |

## O R D E R

Pending before the Court is a Motion to Set Date for Change of Plea Hearing (Docket No. 21).

The motion is GRANTED and a hearing on a plea of guilty in this matter is hereby scheduled for Thursday, March 7, 2013, at 1:30 p.m.

It is so ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE