UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:12-00109 |
| | ) | |
| MARQUIS MCGEE | ) | |

MOTION TO RETURN TO STATE CUSTODY

Marquis McGee, through undersigned counsel, respectfully moves this Honorable Court for an order directing the United States Marshal's Service to immediately return Mr. McGee to state custody. Mr. McGee has executed a Waiver of his Rights under the Interstate Agreement on Detainers and that waiver is filed simultaneously with this motion.

Mr. McGee requests that he be sent back to state custody in order to attempt to resolve the charge that he has pending against him in state court.

Assistant United States Attorney Braden Boucek has authorized undersigned counsel to state that he has no objection to this motion.

WHEREFORE, Mr. McGee respectfully requests that this Court issue an order returning him to state custody.

Respectfully submitted,

*s/ Mariah A. Wooten*
Mariah A. Wooten (BPR #006259)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: mariah_wooten@fd.org

Attorney for Marquis McGee